JACK and Others v. SAUNDERS.

No. 9237; August 2, 1884.

4 Pac. 487.

**Appeal.—Where There is a Material Conflict in the Evidence,** the judgment of the lower court will not be disturbed on the ground that it was not justified by the evidence.

APPEAL from the Superior Court of San Joaquin County.

J. C. Campbell for appellants; McStoy & Swinserton for respondent.

By the COURT.—Appellants' counsel, in his "points and authorities," insists that the order denying the motion for a new trial should be reversed on the ground that the decision of the court below was not justified by the evidence. We have examined the evidence and found a material conflict therein, and for that reason cannot disturb the order appealed from.

Judgment and order affirmed.